# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Williams v. Smith** | : | CIVIL NO. 3:CV-05-0850 |
| Inmate: Reginald Smith | : | (Judge Kosik) |
| ID Number: 09716-007 | : | |

## ORDER

On April 28, 2005, Reginald Williams, an inmate currently confined at the United States Penitentiary, Lewisburg, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed in forma pauperis. By Administrative Order dated April 29, 2005, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $250.00 or filed a properly completed application to proceed in forma pauperis and an authorization form. Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                                              s/Edwin M. Kosik
                                                              United States District Judge

DATE:   June 8, 2005